UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGINIA R. REEVES, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:12-cv-01124-KJD-GWF |
| vs. | ) **ORDER** |
| COSCO, INC., *et al.*, | ) Motions to Withdraw as Counsel (#29, #30) |
| Defendants. | ) |

Presently before the Court are Robert Cottle, Esq. and Brandon Squires Esq.'s Motion to Withdraw as Counsel for Plaintiffs Virginia and Curtis Reeves (#29), filed on November 6, 2012, and Clark Seegmiller, Esq. and Kurt Anderson, Esq.'s Motion to Withdraw as Counsel for Plaintiffs Virginia and Curtis Reeve (#30), filed on November 7, 2012. The time to file responses to the instant Motions expired on November 23, 2012 and November 26, 2012, respectively. In its November 8, 2012 Minute Order (#31), the Court set the instant Motions and Defendant Dorel Juvenile Group, Inc's ("DJG") Motion to Compel (#28) for a hearing on December 13, 2012. DJG filed a Notice of Withdrawal (#32) of its Motion (#28), and the Court ordered it withdrawn on November 27, 2012 (#33).

Under Local Rule 7-2(d), failure to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. To date, no party has filed a response to the instant Motions and the time for responses has expired. Furthermore, the movants substantially establish good cause for the withdrawals. Accordingly,

...

...

**IT IS HEREBY ORDERED** that Robert Cottle, Esq. and Brandon Squires Esq.'s Motion to Withdraw (#29) is **granted.**

**IT IS FURTHER ORDERED** that Clark Seegmiller, Esq. and Kurt Anderson, Esq.'s Motion to Withdraw (#30) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiffs with a copy of this order at the Plaintiffs' last known address:

> Virginia and Curtis Reeves
> 1819 Eagle Mesa Avenue
> Henderson, Nevada 89102

**IT IS FURTHER ORDERED** that the Clerk shall add the last known address of Plaintiffs Virginia and Curtis Reeves, 1819 Eagle Mesa Avenue, Henderson, Nevada 89102 and telephone number (303) 408-1536 to the civil docket.

**IT IS FURTHER ORDERED** that the hearing set for the Motion to Compel (#28), Motion to Withdraw (#29), and Motion to Withdraw (#30) on December 13, 2012 at 9:30 AM is **vacated.**

DATED this 29th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge